Jason D. Haymore 13236
Kevin Kemp 13999
Pearson Butler & Carson PLLC
1682 W. Reunion Ave. #100
South Jordan, UT 84095
(t)801-495-4104
(f)801-254-9427
jasonh@pearsonbutler.com
kevin@pearsonbutler.com
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RENE HENRIQUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> EAGLE MOUNTAIN PRESS, LLC <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Case Number: 2:16-cv-01254-DBP <br><br> Honorable Judge: Dustin B. Pead |

Plaintiff Rene Henriquez, by and through undersigned counsel, hereby gives notice per rule 41(a) of the Federal Rules of Civil Procedure, that this matter is hereby dismissed in its entirety. This notice is being filed per the direction of this court which ordered Plaintiff on March 20, 2017, to file this notice or the parties' agreed upon consent judgment. This notice is proper to dismiss this action because Defendant Eagle Mountain Press has not answered or appeared before the court.

DATED August 31, 2017

/s/ Jason D. Haymore
Jason D. Haymore
Attorney for Plaintiff